James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendant Wells Fargo Bank, N.A.

Michael R. Fuller, OSB No. 093570
michael@underdoglawyer.com
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
Telephone: 503-222-2000
Fax: (503) 362-1375

Kelly D. Jones, OSB No. 074217
Law Office of Kelly D. Jones
Kellydonovanjones@Gmail.Com
Direct 503-847-4329

Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OWAMAGBE ODIGHIZUWA,<br><br>                Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK N.A.,<br><br>                Defendant. | Case No. 3:21-cv-01000-YY<br><br>**JOINT MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE AND ORDER AND JUDGMENT**<br><br>*Removed from the Circuit Court of the State of Oregon, in and for Multnomah County (Case No. 21CV22992)* |

//

//

Page 1 -   JOINT MOTION FOR ENTRY OF JUDGMENT OF
            DISMISSAL WITH PREJUDICE AND ORDER
            AND JUDGMENT

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs. *See* Dkt. No. 11. Pursuant to Local Rule 41-1 in light of the parties' negotiated settlement, this Court previously entered a 60-day order of dismissal ("Order"). Dkt. No. 12. The parties request the court enter judgment of the Order dismissing this case with prejudice.

DATED:  November 30, 2021.

>	/s/ James P. Laurick
>	James P. Laurick, OSB No. 821530
>	jlaurick@kilmerlaw.com
>	Kilmer, Voorhees & Laurick, P.C.
>	2701 NW Vaughn Street, Suite 780
>	Portland, Oregon 97210
>	Phone No.: (503) 224-0055
>	Fax No.: (503) 222-5290
>
>	Of Attorneys for Defendant Wells Fargo Bank, N.A.

DATED:  November 30, 2021.

>	/s/ Michael R. Fuller
>	Michael R. Fuller, OSB No. 093570
>	michael@underdoglawyer.com
>	OlsenDaines
>	US Bancorp Tower
>	111 SW 5th Ave., Suite 3150
>	Portland, Oregon 97204
>	Telephone: 503-222-2000
>	Fax: (503) 362-1375
>
>	/s/ Kelly D. Jones
>	Kelly D. Jones, OSB No. 074217
>	Law Office of Kelly D. Jones
>	Kellydonovanjones@Gmail.Com
>	Direct 503-847-4329
>
>	Attorneys for Plaintiff Owamagbe Odighizuwa

Page 2 -   JOINT MOTION FOR ENTRY OF JUDGMENT OF
          DISMISSAL WITH PREJUDICE AND ORDER
          AND JUDGMENT

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290

## CERTIFICATE OF SERVICE

I certify that on this 30th day of November, 2021, the foregoing **JOINT MOTION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER AND JUDGMENT** will be served in accordance with the Court's CM/ECF system which will send notification of such filing by notice via email to the ECF participants of record a true copy of the foregoing document.

KILMER VOORHEES & LAURICK, P.C.


*/s/ James P. Laurick*
James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
2701 NW Vaughn Street, Suite 780
Portland, Oregon  97210
Phone No.: (503) 224-0055
Fax No.: (503) 222-5290

Of Attorneys for Defendant Wells Fargo Bank, N.A.

Page 1- CERTIFICATE OF SERVICE

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290

# ORDER AND JUDGMENT

Upon consideration of the Joint Motion for Entry of Judgment of Dismissal with Prejudice and good cause appearing, IT IS HEREBY ORDERED AND ADJUDGED:

1. The action is dismissed with prejudice as to all parties.

2. All parties are to bear their own attorneys' fees and costs.

3. This dismissal constitutes a final judgment on the merits and bars subsequent litigation on all issues which were or could have been raised.

**IT IS SO ORDERED AND ADJUDGED.**


Dated:  November 30, 2021

By:  /s/ Youlee Yim You
Honorable Judge Youlee Yim You

Page 1- ORDER AND JUDGMENT

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON  97210
(503) 224-0055 · FAX (503) 222-5290